

1    MILBANK, TWEED, HADLEY &
      McCLOY LLP
2    LINDA DAKIN-GRIMM (CA Bar No.
      119630)
3    ldakin-grimm@milbank.com
      601 South Figueroa Street, 30th Floor
4    Los Angeles, CA 90017
      Telephone: (213) 892-4000
5    Facsimile:  (213) 629-5063

6
      *Attorneys for Respondent*
7    *Broadcast Music, Inc.*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12
      WPIX, INC., et al.,                      Case No.: **CV11   04052 SJO** (JEMx)
13                          Applicants,
                                               Related to Case No. 09-CV-10366
14                                             (LLS) (S.D.N.Y.)
                     v.
15                                             **DECLARATION OF LINDA
                                               DAKIN-GRIMM IN SUPPORT OF
16   BROADCAST MUSIC, INC.,                    RESPONDENT BMI'S MOTION
                            Respondent.        TO COMPEL FOX
17                                             BROADCASTING COMPANY TO
                                               PRODUCE DOCUMENTS**
18
                                               Hearing Date: 6-21-11
19                                             Time: 10:00 AM

20          I, LINDA DAKIN-GRIMM, declare, pursuant to 28 U.S.C. § 1746, under

21   penalty of perjury:

22          1.    I am an attorney duly licensed to practice in the State of California and in

23   the United States District Court for the Central District of California.  I am a member

24   of the firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for Respondent

25   Broadcast Music, Inc. ("BMI").

26          2.    I submit this declaration in support of Respondent BMI's Motion to

27   Compel Fox Broadcasting Company ("FOX") to Produce Documents and the Joint

28   Stipulation Regarding Respondent BMI's Motion to Compel Fox Broadcasting

Company to Produce Documents. This declaration is based on my personal knowledge and my consultation with colleagues at Milbank and BMI.

3. Attached hereto as Exhibit A is a true and correct copy of the Petition for Determination of Reasonable License Fees for Local Television Stations, dated December 21, 2009, filed in the United States District Court for the Southern District of New York, in the proceeding styled *WPIX, Inc. et al. v. BMI*, No. 09-CV-10366 (LLS) (the "Rate Court Proceeding").

4. Attached hereto as Exhibit B is a true and correct copy of the Response of BMI to the Petition of WPIX, Inc., *et al.*, dated February 24, 2010, filed in the Rate Court Proceeding (Docket No. 09-CV-10366 (LLS)).

5. Attached hereto as Exhibit C is a true and correct copy of the consent decree, as amended November 18, 1994, entered into by the United States and BMI.

6. Attached hereto as Exhibit D is a true and correct copy of a Borrell Associates report, dated April 2009, titled *Benchmarking: TV Web Sites Surpass $1 Billion in Revenue.* This report was produced by Applicants in the Rate Court Proceeding with Bates numbers LOCALTV00017762 through LOCALTV00017788.

7. Attached hereto as Exhibit E is a true and correct copy of a *Hollywood Reporter* article, dated January 27, 2011, by Shirley Halperin and titled *EXCLUSIVE: Inside the Hot Business of "Glee."*

8. Attached hereto as Exhibit F is a true and correct copy of a letter, dated March 11, 2011, from Benjamin Marks to Linda Dakin-Grimm and Rachel Penski Fissell providing FOX's supplemental responses to the FOX Subpoena.

9. Attached hereto as Exhibit G is a true and correct copy of a letter, dated April 13, 2011, from Rachel Penski Fissell to Benjamin Marks regarding the FOX Subpoena.

10. Attached hereto as Exhibit H is a true and correct copy of the Stipulation and Protective Order, dated June 29, 2010, filed in the Rate Court Proceeding (09-CV-10366 (LLS)).

11.     Attached hereto as Exhibit I is a true and correct copy of the Stipulation and Protective Order Concerning the Use of Nielsen Data, dated November 29, 2010, filed in the Rate Court Proceeding (Docket No. 09-CV-10366 (LLS)).

12.     Attached hereto as Exhibit J is a true and correct copy of a *New York Times* article, dated February 20, 2007, by Bill Carter titled *For Fox's Rivals, 'American Idol' Remains a 'Schoolyard Bully.'*

13.     Attached hereto as Exhibit K is a true and correct copy of a News Corporation press release, dated February 24, 2011, titled *The $5 Million Auditions - The X Factor Unveils Audition Dates and Venues.*

14.     Attached hereto as Exhibit L is a true and correct copy of the "About the Show" webpage, printed on May 8, 2011, from the *So You Think You Can Dance* portion of the FOX website.  This webpage is available at http://www.fox.com/dance/about.

15.     Attached hereto as Exhibit M is a true and correct copy of the "About the Show" webpage, printed on May 8, 2011, from the *Glee* portion of the FOX website. This webpage is available at http://www.fox.com/glee/about/.

16.     Attached hereto as Exhibit N is a true and correct copy of a webpage on Amazon.com, printed on March 20, 2011, displaying the *Bones* 2008 soundtrack for sale.  This webpage is available at http://www.amazon.com/Bones-Various-Artists/dp/B001D25M98/ref=sr_1_3?ie=UTF8&qid=1300644824&sr=8-2.

17.     Attached hereto as Exhibit O is a true and correct copy of the Declaration of Larry Gerbrandt, dated January 21, 2011, filed in the Rate Court Proceeding (Docket No. 09-CV-10366 (LLS)).

18.     Attached hereto as Exhibit P is a true and correct copy of a letter, dated January 8, 2007, from Cheryl O'Quinn, Director of BMI's Per Program Services, to Joe McNamara, General Manager of KHON-TV (FOX Affiliate, Honolulu, HI) regarding per program license administration.

19.     Attached hereto as Exhibit Q is a true and correct copy of FOX's

webpage, printed on May 8, 2011, located on the News Corporation website. This webpage is available at http://www.newscorp.com/management/fbc.html.

20.   Attached hereto as Exhibit R is a true and correct copy of a press release posted on *American Idol*'s website, dated January 19, 2011, titled *Ford, Coca-Cola and AT&T Return as Official Sponsers*. This article is available at http://www.americanidol.com/news/view/pid/4251/.

21.   Attached hereto as Exhibit S is a true and correct copy of a News Corporation press release, dated January 4, 2011, titled *Fox Broadcasting Company, Syco Television and FremantleMedia Announce Pepsi as Official Sponsor of the X-Factor*.

22.   Attached hereto as Exhibit T is a true and correct copy of a *Los Angeles Times* article, dated March 17, 2011, by Meg James and titled *Pepsi Hopes Tapping A Big Gun Will Restore Market Share*.

23.   Attached hereto as Exhibit U is a true and correct copy of a letter, dated March 8, 2011, from Rachel Penski Fissell to Benjamin Marks regarding the Fox Broadcasting Subpoena.

24.   Attached hereto as Exhibit V is a true and correct copy of the "About Hulu" webpage, printed on May 8, 2011, from Hulu's website. This webpage is available at http://www.hulu.com/about.

25.   Attached hereto as Exhibit W is a true and correct copy of a *Broadcasting and Cable* article, dated March 21, 2011, by Michael Malone and titled *Affiliate (Dis)Agreements: With Fox partner stations not feeling much Glee, all eyes are on the network-affiliate battles for retrans cash*.

26.   Attached hereto as Exhibit X is a true and correct copy of a *Reuters* article, dated February 18, 2010, by Yinka Adegoke and titled *UPDATE 2-CBS says advertising rebound continuing into 2010*.

27.   Attached hereto as Exhibit Y is a true and correct copy of a TVNewsCheck.com article, dated August 17, 2010 and titled, *Getting To The Bottom*

1 *Line On Retrans.* This article is available at

2 http://www.tvnewscheck.com/article/2010/08/17/44507/getting-to-the-bottom-line-

3 on-retrans.

4      28.    Attached hereto as Exhibit Z is a true and correct copy of a

5 MultichannelNews.com article, dated February 2, 2010, by Mike Farrell and titled

6 *Carey: Retrans Could "Fix" Broadcast Model.* This article is available at

7 http://www.multichannel.com/article/print/447310-

8 Carey_Retrans_Could_Fix_Broadcast_Model.php.

9      29.    Attached hereto as Exhibit AA is a true and correct copy of a public

10 notice, dated March 19, 2010, published by the Federal Communications Commission

11 ("FCC") titled, *Media Bureau Seeks Comment on a Petition for Rulemaking to Amend*

12 *the Commission's Rules Governing Retransmission Consent.*

13      30.    Attached hereto as Exhibit BB is a true and correct copy of a letter, dated

14 December 14, 2010, from Maureen A. O'Connell, Senior Vice President for

15 Regulatory and Government Affairs for News Corporation, to Marlene H. Dotch,

16 Secretary of the FCC. This letter was filed with the FCC in regard to the Petition for

17 Rulemaking to Amend the Commission's Rules Governing Retransmission Consent.

18      31.    Attached hereto as Exhibit CC is a true and correct copy of the Reply

19 Comments of Fox Entertainment Group, Inc. and Fox Television Stations, Inc. filed on

20 June 3, 2010 with the FCC in regard to the Petition for Rulemaking to Amend the

21 Commission's Rules Governing Retransmission Consent.

22      32.    Attached hereto as Exhibit DD is a true and correct copy of a

23 *Broadcasting and Cable* article, dated February 11, 2011, by Melissa Grego and titled

24 *Exclusive: Fox's Mike Hopkins Lays Out His Position With Stations.*

25      33.    Attached hereto as Exhibit EE is a true and correct copy of a News

26 Corporation press release, dated October 30, 2010, titled *Fox Networks and*

27 *Cablevision Reach Agreement in Principle to Carry WNYW FOX5, WWOR My9,*

28 *WTXF FOX 29, FOX Deportes, FOX Business Network, and Nat Geo WILD.*

34.     Attached hereto as Exhibit FF is a true and correct copy of a *Billboard* article, dated March 24, 2007, by William Chipps titled *After Party: Even After the Season's Curtain Drops, There Are Still Plenty of Ways to Market "Idol" Singers.*

35.     Attached hereto as Exhibit GG is a true and correct copy of a Variety.com article, dated February 26, 2010, by Michael Learmonth and Michael Schneider titled *Can't stop the music: "Idol" addles rivals as Fox jolts p'time.*  This article is available at

http://www.variety.com/article/VR1117938862?refcatid=14&printerfriendly=true.

36.     Attached hereto as Exhibit HH is a true and correct copy of a letter, dated February 17, 2011, from Linda Dakin-Grimm to Benjamin Marks regarding FOX Broadcasting Subpoena.

37.     Attached hereto as Exhibit II is a true and correct copy of a *New York Times* article, dated December 19, 2010, by Bill Carter and titled *The Top Attraction on TV? No Script, but Plenty of Action.*

38.     Attached hereto as Exhibit JJ is a true and correct copy of a News Corporation press release, dated October 25, 2006, titled *Nielsen Media Research and News Corporation Reach Landmark Agreement on Eight-Year Measurement Contract.*

39.     Attached hereto as Exhibit KK is a true and correct copy of a News Corporation press release, dated May 13, 2010, titled *FOX Partners with Innerscope Research to Explore Television Advertising and Content Effectiveness.*

40.     Attached hereto as Exhibit LL is a true and correct copy of a Nielsen Company report, dated 2010, titled *Three Screen Report: Television, Internet and Mobile Usage in the US.*  This report was produced by Applicants in the Rate Court Proceeding with Bates numbers LOCALTV00102630 through LOCALTV00102637.

41.     Attached hereto as Exhibit MM is a true and correct copy of a News Corporation press release, dated July 15, 2005, titled *News Corporation Forms New Internet Unit: Fox Interactive Media To Consolidate News Corp's US Web*

*Properties.*

42.     Attached hereto as Exhibit NN is a true and correct copy of the "Fox Full Episodes" webpage, printed on May 8, 2011, from Fox's website.  This webpage is available at http://www.fox.com/full-episodes.

43.     Attached hereto as Exhibit OO is a true and correct copy of the "Fox" webpage, printed on May 8, 2011, from Hulu's website.  This webpage is available at http://www.hulu.com/search?query=fox&st=0&fs=null.

44.     Based on our review of the documents produced in this proceeding, we believe that the Nielsen data produced by Applicants and the TMLC is neither comprehensive across the time periods requested nor does it contain information for each of the programs requested in the FOX Subpoena.  The Nielsen data files produced only have data for certain hour blocks, certain stations, and certain markets, making it difficult to assess Applicants' claims in this proceeding.

Dated:  May 10, 2011

Linda Dakin-Grimm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28